UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRESSER-RAND COMPANY, DRESSER-RAND CANADA, INC., AND DRESSER-RAND GROUP INC., <br><br> *Plaintiffs*, <br><br> -versus- <br><br> INGERSOLL RAND COMPANY AND INGERSOLL RAND COMPANY LIMITED, <br><br> *Defendants*. | CIVIL NO.: 14-CV-7222 <br><br> JUDGE FAILLA |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Thomas L. Rosenberg, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Dresser-Rand Company, Dresser-Rand Canada, Inc., and Dresser-Rand Group Inc. in the above-captioned action.

I am in good standing of the bar of the State of Ohio and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 12, 2014          Respectfully submitted,

/s/ *Thomas L. Rosenberg*
Thomas L. Rosenberg
(Ohio Bar No: 0024898)
Roetzel & Andress LPA
PNC Plaza, 12th Floor
155 East Broad Street
Columbus, Ohio 43215
Telephone: 614.463.9770
Facsimile: 614.463.9792
E-Mail: trosenberg@ralaw.com

8625020 _1 118357.0230