UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRESSER-RAND COMPANY, DRESSER-RAND CANADA, INC., AND DRESSER-RAND GROUP INC., <br><br> *Plaintiffs*, <br><br> -versus- <br><br> INGERSOLL RAND COMPANY AND INGERSOLL RAND COMPANY LIMITED, <br><br> *Defendants*. | CIVIL NO.: 14-CV-7222 <br><br> JUDGE FAILLA |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Motion of applicant Thomas L. Rosenberg, for admission to practice *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the Bar of the State of Ohio; and that his contact information is as follows:

> Thomas L. Rosenberg
> (Ohio Bar No: 0024898)
> Roetzel & Andress LPA
> PNC Plaza, 12th Floor
> 155 East Broad Street
> Columbus, Ohio 43215
> Telephone:  614.463.9770
> Facsimile:  614.463.9792
> E-Mail:  trosenberg@ralaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

8625028 _1 118357.0230

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____

United States District / Magistrate Judge