USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 16, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DRESSER-RAND CO., *et al.*,                                  :
                                                             :
                                         Plaintiffs,         :          14 Civ. 7222 (KPF)
                          v.                                 :
                                                             :                ORDER
                                                             :
INGERSOLL RAND CO., *et al.*,                                :
                                                             :
                                         Defendants.         :
                                                             :
-------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    The motion of Thomas L. Rosenberg for admission to practice *Pro Hac Vice* in the above-captioned action is hereby GRANTED.  Mr. Rosenberg has declared that he is in good standing of the bar of the State of Ohio, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Thomas L. Rosenberg |
| Firm Name: | ROETZEL & ANDRESS, LPA |
| Address: | 155 E. Broad Street |
| | 12th Floor |
| City, State, Zip: | Columbus, Ohio 43215 |
| Telephone/Fax: | (614) 723-2006 / (614) 463-9792 |

    Mr. Rosenberg has requested admission *Pro Hac Vice* for all purposes as counsel for Plaintiffs Dresser-Rand Company, Dresser-Rand Canada, Inc. and Dresser-Rand Group Inc. Accordingly, it is hereby ORDERED that Mr. Rosenberg is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated:  September 16, 2014
        New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge