UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRESSER-RAND COMPANY, DRESSER-RAND CANADA, INC., and DRESSER-RAND GROUP, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>INGERSOLL RAND COMPANY and INGERSOLL RAND COMPANY LIMITED,<br><br>　　　　　　　　Defendants. | No. 14-CIV-7222<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Lynn K. Neuner of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants Ingersoll Rand Company and Ingersoll Rand Company Limited in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:　　　September 24, 2014
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　SIMPSON THACHER & BARTLETT LLP

　　　　　　　　　　　　　　　　　　　By:　/s/ Lynn K. Neuner
　　　　　　　　　　　　　　　　　　　　　Lynn K. Neuner
　　　　　　　　　　　　　　　　　　　　　425 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　New York, New York 10017-3954
　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 455-2000
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 455-2502
　　　　　　　　　　　　　　　　　　　　　Email:　　　lneuner@stblaw.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*