UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRESSER-RAND COMPANY, DRESSER-RAND CANADA, INC., and DRESSER-RAND GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INGERSOLL RAND COMPANY and INGERSOLL RAND COMPANY LIMITED, <br><br> Defendants. | No. 14-CIV-7222 <br><br> **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Noah M. Leibowitz of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants Ingersoll Rand Company and Ingersoll Rand Company Limited in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  September 24, 2014
      New York, New York

                SIMPSON THACHER & BARTLETT LLP

                By: /s/ Noah M. Leibowitz
                   Noah M. Leibowitz
                   425 Lexington Avenue
                   New York, New York 10017-3954
                   Telephone: (212) 455-2000
                   Facsimile: (212) 455-2502
                   Email:  nleibowitz@stblaw.com

                *Attorney for Defendants*