UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HODGSON RUSS LLP

DRESSER-RAND COMPANY, ETAL

Plaintiff(s)

Index # 14 CV 7222 (FAILLA)

- against -

Purchased September 8, 2014

INGERSOLL RAND COMPANY, ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 12, 2014 at 04:00 PM at

C/O CORPORATION TRUST COMPANY
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, PLAINTIFFS' DISCLOSURE STATEMENT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS,* on INGERSOLL RAND COMPANY therein named.

BY LEAVING A TRUE COPY WITH RONIQUE RAYSOR, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BROWN | 32 | 5'6 | 260 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

*INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES, KATHERINE POLK FAILLA, UNITED STATES DISTRICT JUDGE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: September 16, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

DAN KNIGHT

Invoice #: 607990

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045