UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: HODGSON RUSS LLP

---

DRESSER-RAND COMPANY, ETAL

                                                          Plaintiff(s)

- against -

INGERSOLL RAND COMPANY, ETANO

                                                          Defendant(s)

Index # 14 CV 7222 (FAILLA)

Purchased September 8, 2014

**AFFIDAVIT OF SERVICE**

---

STATE OF NC : COUNTY OF CABARRUS ss:

Mike VanKeuren BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 913 Coach House Place Concord, NC 28027

That on September 15, 2014 at 11:25 AM at

800-E BEATY STREET
DAVIDSON, NC 28036

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, PLAINTIFFS' DISCLOSURE STATEMENT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS,* on INGERSOLL RAND COMPANY LIMITED therein named.

    BY LEAVING A TRUE COPY WITH SANDRA HAMRICK, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | RED | 45 | 5'5 | 140 |

*INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES, KATHERINE POLK FAILLA, UNITED STATES DISTRICT JUDGE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: 9/16/2014
Notary: Shirra Mines

[Notary Seal: SHIRRA MINES NOTARY PUBLIC CABARRUS COUNTY, NC EXP: 5/12/2018]

Server: Michael VanKeuren

Invoice #: 607992