```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
DRESSER-RAND CO., et al.,                               :
                                                        :
                              Plaintiffs,               :    14 Civ. 7222 (KPF)
              v.                                        :
                                                        :         ORDER
INGERSOLL RAND CO., et al.,                             :
                                                        :
                              Defendants.               :
                                                        :
                                                        :
------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 14, 2014

KATHERINE POLK FAILLA, District Judge:

    Upon the request of the parties, the pre-motion conference scheduled for October 24, 2014 is hereby ADJOURNED to October 28, 2014 at 2:00 p.m.

    SO ORDERED.

Dated:    October 14, 2014
           New York, New York

                                                   KATHERINE POLK FAILLA
                                                  United States District Judge