UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

DRESSER-RAND CO., *et al.*,

                      Plaintiffs,

           v.

INGERSOLL RAND CO., *et al.*,

                    Defendants.

------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: October 28, 2014 |

14 Civ. 7222 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

As discussed during today's pre-motion conference, the initial pretrial conference scheduled for November 19, 2014, is hereby ADJOURNED *sine die*.

With respect to Defendants' motion to dismiss, the parties shall adhere to the following schedule:

1.      Defendants' motion to dismiss is due on **December 1, 2014**;

2.      Plaintiffs' opposition is due on **January 7, 2015**; and

3.      Defendants' reply is due on **January 21, 2015**.

SO ORDERED.

Dated:     October 28, 2014
            New York, New York

                                  _____
                                  KATHERINE POLK FAILLA
                              United States District Judge