SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3098

E-MAIL ADDRESS
nleibowitz@stblaw.com

BY ECF AND BY HAND

November 7, 2014

Re: *Dresser-Rand Co., et al. v. Ingersoll Rand Co., et al.*,
No. 14 CV 7222

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Dear Judge Failla:

We are counsel for Defendants Ingersoll Rand Company and Ingersoll Rand Company Limited in the above-captioned litigation. Pursuant to Your Honor's request at the pre-motion conference held on October 28, 2014, we enclose copies of the following documents:

- the transcript of the pre-motion conference held on October 28, 2014; and

- the Equity Purchase Agreement attached as an exhibit to the Complaint.

In addition to electronically filing this letter, we will hand deliver a hard copy of this letter and its enclosures pursuant to the instructions in Your Honor's individual rules, in the hope that the printed copy of the Equity Purchase Agreement will prove more legible than the electronically filed version.

Respectfully,

Noah M. Leibowitz

cc: Thomas Rosenberg, Esq. (*by ECF and email*)
Margaret Cmielewski, Esq. (*by ECF and email*)
*Counsel for Plaintiffs*

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   SEOUL   TOKYO   WASHINGTON, D.C.