UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRESSER-RAND COMPANY, DRESSER-RAND CANADA, INC., and DRESSER-RAND GROUP, INC.,

                Plaintiffs,

      v.

INGERSOLL RAND COMPANY and INGERSOLL RAND COMPANY LIMITED,

                Defendants.

No. 14-CIV-7222 (KPF)

---

### NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, the Declaration of Noah M. Leibowitz, Esq., dated December 1, 2014, and the exhibits attached thereto, and the pleadings herein, Defendants, by and through their attorneys, Simpson Thacher & Bartlett LLP, will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York 10007, for an order dismissing the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: New York, New York
       December 1, 2014

SIMPSON THACHER & BARTLETT LLP

By: /s/ Lynn K. Neuner
Lynn K. Neuner (lneuner@stblaw.com)
Noah M. Leibowitz (nleibowitz@stblaw.com)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Ingersoll Rand Company and Ingersoll Rand Company Limited*