SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

---

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER  
(212) 455-2696

E-MAIL ADDRESS  
lneuner@stblaw.com

BY HAND AND ECF                           January 21, 2015

       Re: *Dresser-Rand Company, Dresser-Rand Canada, Inc., and Dresser-Rand Group, Inc., v. Ingersoll Rand Company and Ingersoll Rand Company Limited*, No. 14-CIV-7222(KPF)

The Honorable Katherine Polk Failla  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Dear Judge Failla:

  On behalf of Defendants in the above-captioned action and pursuant to Section 4(E) of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request scheduling of oral argument on Defendants' Motion To Dismiss The Complaint.

                Respectfully submitted,

                *Lynn K. Neuner*

                Lynn K. Neuner  
                Noah M. Leibowitz

cc: Plaintiffs' Counsel