

155 East Broad Street
PNC Plaza
12th Floor
Columbus, OH 43215
DIRECT DIAL: 614.723.2006
PHONE 614.463.9770 FAX 614.463.9792
trosenberg@ralaw.com

WWW.RALAW.COM

January 22, 2015

***VIA ELECTRONIC FILING AND VIA E-MAIL***

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

    Re:    *Dresser-Rand Company, et al. v. Ingersoll-Rand Company, et al.*
            Case No.: 14-CV-7222

Dear Judge Failla:

Please allow me to respond to Defendants' letter requesting the scheduling of oral argument on its Motion to Dismiss the Complaint. I do not oppose the request for oral argument and join in the request, if the Court believes it prudent to receive oral argument.

I issue this letter, however, to advise the Court of the undersigned's current availability for oral argument due to other pending trials and commitments.

Commencing mid-February, 2015, the undersigned is available on the following dates:

- February 24;
- March 10, 11, 12, 13, 16, 17, 19, 30, 31;
- April 6, 7, 8, 9, 23, 24, 28, 29, 30.

                                          Respectfully submitted,

                                          ROETZEL & ANDRESS, LPA

                                          Thomas L. Rosenberg

TLR:pah
cc:    Lynn Neuner (via e-mail)
8998278_1 118357.0230

ROETZEL & ANDRESS
A LEGAL PROFESSIONAL ASSOCIATION

CHICAGO · WASHINGTON, D.C. · CLEVELAND · TOLEDO · AKRON · COLUMBUS · CINCINNATI
ORLANDO · FORT MYERS · NAPLES · FORT LAUDERDALE · TALLAHASSEE · NEW YORK