

155 East Broad Street
PNC Plaza
12th Floor
Columbus, OH  43215
DIRECT DIAL: 614.723.2006
PHONE 614.463.9770 FAX 614.463.9792
trosenberg@ralaw.com

WWW.RALAW.COM

March 24, 2015

**<u>VIA ELECTRONIC FILING AND VIA E-MAIL</u>**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York  10007

      Re:    *Dresser-Rand Company, et al. v. Ingersoll-Rand Company, et al.*
                Case No.:  14-CV-7222

Dear Judge Failla:

      In a letter dated March 19, 2015, Attorneys Neuner and Leibowitz, on behalf of the Defendants, tendered a letter to you advising that cross-claims had been filed in the Yara Belle litigation in Saskatchewan, Canada.  A brief explanation of the need for the cross-claims in the Canadian action follows.

      The cross-claims referred to in Ingersoll-Rand's letter (which pursuant to applicable Canadian procedure is deemed a third-party claim by Dresser-Rand against Ingersoll-Rand) is for contribution and indemnity under the "Contributory Negligent Act of Saskatchewan."  All contractual indemnity and defense claims between Dresser-Rand and Ingersoll-Rand, under the Equity Purchase Agreement, are still for this Court to consider.  While one may assume there may be some overlap, they are distinct claims.  From Dresser-Rand's standpoint, it had to raise as a cross-claim (or third-party claim) an action under the "Contributory Negligent Act of Saskatchewan" in order not to waive it.

      While I cannot speak for whether Ingersoll-Rand's cross-claim is an attempt to circumvent the jurisdiction set forth in the Equity Purchase Agreement, such is clearly not the basis for Dresser-Rand's cross-claim (third-party claim) filed in the Canadian action.

ROETZEL & ANDRESS
A LEGAL PROFESSIONAL ASSOCIATION

CHICAGO · WASHINGTON, D.C. · CLEVELAND · TOLEDO · AKRON · COLUMBUS · CINCINNATI
ORLANDO · FORT MYERS · NAPLES · FORT LAUDERDALE · TALLAHASSEE · NEW YORK

The Honorable Katherine Polk Failla
March 24, 2015
Page 2

If you have any questions or need additional information, please contact me.

Respectfully submitted,

ROETZEL & ANDRESS, LPA

Thomas L. Rosenberg

TLR:pah
cc:     Lynn Neuner (via e-mail)
        Noah Liebowitz (via e-mail)
        Margaret Cmielewski (via e-mail)
9181030_1 118357.0230