UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DRESSER-RAND COMPANY, et al.,
                              Plaintiff,                    14 **CIVIL** 7222 (KPF)

               -against-                                   **JUDGMENT**

INGERSOLL RAND COMPANY, et al.,
                              Defendants.
-------------------------------------------------------------X

       Defendants Ingersoll Rand Company and Ingersoll Rand Company Limited (collectively, "Ingersoll Rand") having moved to dismiss the instant complaint (the "Complaint") as premature and not ripe for adjudication while issues of liability remain undecided in the Canadian Action, and the matter having come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on July 14, 2015, having rendered its Opinion and Order granting Defendant's motion, dismissing Plaintiff's complaint without prejudice, and directing the Clerk of Court to close this case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 14, 2015, Defendant's motion to dismiss is granted and Plaintiff's complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          July 14, 2015

                                                          **RUBY J. KRAJICK**
                                                                        **Clerk of Court**
                                             **BY:**
                                                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____